JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | | |
|---|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND, | ) ) ) ) | CASE NO. CV13-03920-MWF (MANx) |
| Plaintiffs, | ) ) ) | JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(B) |
| v. | ) | |
| GARMAN PRINTING CO., INC., | ) ) | |
| Defendant. | ) | |

1

Defendant Garman Printing Co., Inc., having failed to answer or otherwise respond to the Complaint in this action and its Default having been duly entered by the Clerk,

NOW, upon the Motion of Plaintiffs and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiffs shall have, and the Clerk is hereby ordered to enter, the following JUDGMENT against Defendant:

1. Damages in the amount of $1,477,952.49;
2. Attorneys' fees in the amount of $33,159.05 pursuant to Local Rule 55-3;
3. Costs of this action in the amount of $882.05; and
4. Post-judgment interest as permitted by statute.

Dated: August 27, 2013
_____

MICHAEL W. FITZGERALD
United States District Judge